STATE v. WATSON

No. 359A91

Case below: 338 N.C. 168

Motion by defendant for reconsideration and for temporary stay of mandate denied 21 November 1994.

STATE v. WILLIAMS

No. 510P94

Case below: 116 N.C.App. 354

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

STATE ex rel. WEST v. WEST

No. 395PA94

Case below: 115 N.C.App. 496

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1994. The case will be consolidated with Jackson County, et al v. Owen Smoker, Jr., 394PA94, for purposes of oral argument.

STATE FARM MUT. AUTO. INS. CO. v. YOUNG

No. 335PA94

Case below: 115 N.C.App. 68

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1994.

STROUD v. FIELDCREST CANNON, INC.

No. 504P94

Case below: 116 N.C.App. 363

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.